# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

D&B II Enterprises, LLC,

Plaintiff(s),

v.

Universal Tax Systems, Inc.,

Defendant(s).

Case No. 13 C 5702
Judge Rebecca R. Pallmeyer

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant Universal Tax Systems, Inc. and against Plaintiff D&B II Enterprises, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Rebecca R. Pallmeyer on a motion for summary judgment.

Date: 4/2/2018

Thomas G. Bruton, Clerk of Court

Ena T. Ventura , Deputy Clerk