# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 29, 2018

*By the Court:*

| No. 18-1966 | D&B II ENTERPRISES LLC, doing business as BAIN ACCOUNTING/TAX on behalf of itself and all others similarly situated,<br>Plaintiff - Appellant<br><br>v.<br><br>UNIVERSAL TAX SYSTEMS, INCORPORATED, a Virginia corporation doing business as CCH SMALL FIRM SERVICES,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-05702<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

Upon consideration of the **MOTION FOR VOLUNTARY DISMISSAL**, filed on November 28, 2018, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit